## STATEMENT OF FACTS

On Thursday, November 12, 2020, at approximately 8:16 p.m., members of the Metropolitan Police Department (MPD) Seventh District Crime Suppression Team (7D CST) were on patrol in the 2400 block of Alabama Avenue Southeast in Washington, D.C. when they observed a dark in color Buick bearing Maryland registration of 5DZ5622, occupied by the driver and two passengers, idling in the northbound lane with the vehicle facing southbound. Officers conducted a traffic stop. The driver of the vehicle was the registered owner.

Officer Olivo asked the occupants of the vehicle if there was illegal contraband in the vehicle. While asking, the front seat passenger looked back toward the rear passenger and then reached toward the gap between the passenger side seat belt clasp and the center console as if to attempt to conceal an object. All occupants were removed from the vehicle. As the rear passenger was removed from the vehicle, officers leaned him against the car with his hands on the roof. As soon as he was removed from the car, officers observed a live single round of ammunition on the back seat where he had been seated. This rear passenger was later identified as Trevonne Harper (Defendant Harper). A pat down was conducted and revealed a firearm in Defendant Harper's right outer thigh pants pocket. A twenty-two (22) round high capacity magazine loaded with twenty-one (21) .40 caliber rounds was recovered from the same pants pocket as the firearm. Defendant Harper was placed under arrest.

The firearm that recovered was determined to be a Glock, model 22, .40 caliber handgun with a serial number of LSA741. When it was recovered, it was unloaded, with no magazine in the magazine well. A twenty-two (22) round high capacity magazine loaded with twenty-one (21) .40 caliber rounds was recovered from the pants pocket of the defendant. An additional twenty-two (22) round high capacity magazine loaded with twenty-two (22) .40 caliber rounds was recovered from the back seat of the vehicle, wrapped in a lime green in color hooded sweatshirt, next to where Defendant Harper was seated. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm in this case would have traveled in interstate commerce.

A criminal history check of Defendant Harper through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for Burglary First Degree in the Seventh Judicial Circuit Court for Prince George's County, Maryland, case number CT160922X. The defendant was sentenced to twenty (20) years of incarceration for this offense all of which were suspended. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

_____
OFFICER VINCENT ALTIERE
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 13th day of November, 2020.*

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

Case: 1:20-MJ-00228
Assigned to: Judge Zia M. Faruqui
Assigned Date: 11/13/2020
Description: COMPLAINT W/ ARREST WARRANT